

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00184-CV

Carlo **BAZAN** and Denise Bazan, Individually and d/b/a Vamp Ultra Lounge & Cafe, LLC,
Appellants

v.

Luis A. **MUÑOZ** Jr.,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2011-CVF-000570-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that Appellee Luis A. Muñoz Jr. recover his costs of appeal from Appellants Carlo Bazan and Denise Bazan.

SIGNED August 13, 2014.

_____
Karen Angelini, Justice